**No. 61126.**—David Traum Co., Inc., and Cohen & Mann *v.* United States, protest 294822–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of marking wheels, wholly or in chief value of steel, not plated with platinum, gold, or silver, and chiefly used in the household to transfer

pattern markings to fabrics prior to sewing the fabrics, the claim of the plaintiffs was sustained.